Submitted March 4, 1981.
Gary S. Fronheiser, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.

435 A.2d 1324

Commonwealth v. Fake, Jr., Appellant.
Petition for Allowance of Appeal Denied Oct. 20, 1981.

Submitted April 22, 1981. Keith L. Kilgore, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Appeal quashed.

435 A.2d 1324

Commonwealth v. Fake, Jr., Appellant.

Submitted April 22, 1981. Keith L. Kilgore, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order of court affirmed.

435 A.2d 1324

Commonwealth v. Jaszczak, Appellant.

Petition for Allowance of Appeal Denied Nov. 6, 1981.

Submitted September 11, 1980. Arthur J. King, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

435 A.2d 1325

Commonwealth v. Rawls, Appellant.